E-filing

**FILED**
APR 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alex Jesse Rosales, Plaintiff,

vs.

Martel, M.           Defendant.

CASE NO. CV 08 2104 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Alex Jesse Rosales, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___   No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____Last date of employment 2002  -  Wages unknown_____
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8     a.   Business, Profession or              Yes ___ No  XX
9          self employment
10    b.   Income from stocks, bonds,           Yes ___ No  XX
11         or royalties?
12    c.   Rent payments?                        Yes ___ No  XX
13    d.   Pensions, annuities, or               Yes ___ No  XX
14         life insurance payments?
15    e.   Federal or State welfare payments,    Yes ___ No  XX
16         Social Security or other govern-
17         ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____

22 3.   Are you married?                          Yes ___ No  XX
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____  Net $_____
27 4.   a.   List amount you contribute to your spouse's support : $ _____
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ____ No XX

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ____ No XX

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No XX (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No XX Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No XX

_____

8. What are your monthly expenses?

Rent: $ 000                    Utilities: 000

Food: $ 000                    Clothing: 000

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ _____ | $ _____ |
| NONE | $ _____ | $ _____ |
| NONE | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

Case 5:08-cv-02104-RMW     Document 2     Filed 04/22/2008     Page 4 of 7

1     debt unknown

2

3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4 other lawsuits?                                                       Yes ___   No xx
5 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6 they were filed.

7

8

9         I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

13

14   4·11·08                                             [signature]
15   DATE                                                   SIGNATURE OF APPLICANT

16-28 (blank line numbers)

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Alex Jesse Rosales** for the last six months at

[prisoner name]

**MCSP** where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **6.75** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **6.75**.

Dated: **4/10/08**                                       _____

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                                REPORT DATE: 04/10/08
                                                                      PAGE NO:       2
                              MULE CREEK STATE PRISON
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 10, 2008

ACCT: V76601        ACCT NAME: ROSALES, ALEX JESSE              ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED        *

                            TRUST ACCOUNT SUMMARY

     BEGINNING       TOTAL          TOTAL          CURRENT       HOLDS         TRANSACTIONS
     BALANCE         DEPOSITS       WITHDRAWALS    BALANCE       BALANCE       TO BE POSTED

     0.00            40.50          40.50          0.00          10.00         0.00

                                                          CURRENT
                                                          AVAILABLE
                                                          BALANCE
                                                          ---------
                                                          10.00-
```

REPORT ID: TS3030 .701  
REPORT DATE: 04/10/08  
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS  
MULE CREEK STATE PRISON  
INMATE TRUST ACCOUNTING SYSTEM  
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 16, 2008

ACCOUNT NUMBER : V76601     BED/CELL NUMBER: A 0400000000147U  
ACCOUNT NAME  : ROSALES, ALEX JESSE     ACCOUNT TYPE: I  
PRIVILEGE GROUP: B

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 10/24 | *DD30 | CASH DEPOSIT | MLLST 1491 | | 18.00 | | 18.00 |
| 10/24 | W536 | COPAY CHARGE | COPAY 1503 | | | 5.00 | 13.00 |
| 12/21 | *DD30 | CASH DEPOSIT | MLLST 2307 | | 22.50 | | 35.50 |

ACTIVITY FOR 2008

| 01/02 | W502 | POSTAGE CHARG 0102 | 2402 | | | 7.68 | 27.82 |
| 02/08 | FC01 | DRAW-FAC 1 | A/1ST 2901 | | | 27.00 | 0.82 |
| 03/10 | W536 | COPAY CHARGE | COPAY 3816 | | | 0.82 | 0.00 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/24/2008 | H114 | COPAY FEE, MED | COPAY 3416 | 5.00 |
| 03/24/2008 | H114 | COPAY FEE, MED | COPAY 3416 | 5.00 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/24/05     CASE NUMBER: CC319535  
COUNTY CODE: SCL     FINE AMOUNT: $ 10,000.00

| DATE | TRANS. DESCRIPTION | TRANS. AMT | BALANCE |
|---|---|---|---|
| 10/01/2007 | BEGINNING BALANCE | | 9,992.00 |
| 10/24/07 | DR30 REST DED-CASH DEPOSIT | 20.00 | 9,972.00 |
| 12/21/07 | DR30 REST DED-CASH DEPOSIT | 25.00- | 9,947.00 |



THE WITHIN INSTRUMENT  
COPY OF THE TRUST A  
BY THIS OFFICE  
ATTEST:  
CALIFORNIA DEPARTM  
BY